THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS HERBERT HUTCHINGS, Appellant.—

* Fictitious name.

660

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.